

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00278-CR

| | | |
|---|---|---|
| Aurello E. Landeros | § | From the 213th District Court |
| | § | of Tarrant County (1357498D) |
| v. | § | September 22, 2016 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
　　　Justice Lee Gabriel